IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MARY C. BARRETT, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 2:06-cv-148 |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on plaintiff's motion for judgment on the pleadings [Doc. 9] and the Commissioner's motion for summary judgment [Doc. 11]. The Honorable James H. Jarvis, United States District Judge, having rendered a memorandum opinion denying plaintiff's motion for judgment on the pleadings and granting the Commissioner's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure,

It is ORDERED and ADJUDGED that the plaintiff's complaint is DISMISSED WITH PREJUDICE on the merits, with each party to bear her own costs of this action. The administrative decision of the Commissioner of Social Security is AFFIRMED.

Dated at Knoxville, Tennessee, this 29th day of March, 2007.



                                                       *s/ Patricia L. McNutt*
                                                      CLERK OF COURT